NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor.*

---

2013-3097

---

Petition for review of the Merit Systems Protection Board in No. DC300A120619-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert Donaldson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

ROBERT DONALDSON V. MSPB                                    2

    The motion for leave to proceed in forma pauperis is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21